COMPLAINT UNDER 42 USC § 1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/95)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__WICHITA__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 10 2006
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

__BOBBY BROWN 1124005__
Plaintiff's name and ID Number

__JAMES ALLRED UNIT__
Place of Confinement

CASE NO: __7-06CV-023-R__
(Clerk will assign the number)

v.

__DEBORAH FORD__
Defendant's name and address

__GARY WEST__
Defendant's name and address

__LINDA K. DANIEL__
Defendant's name and address
(DO NOT USE "ET AL.")

I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?   __X__ YES   ____ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __JANUARY 2001__

2. Parties to previous lawsuit:
   Plaintiff(s): __BOBBY BROWN__
   Defendant(s): __JERRY GROOM ET AL__

3. Court (If federal, name the district; if state, name the county) __SOUTHERN__

4. Docket Number: __C-01-005__

5. Name of judge to whom case was assigned: __B. JANICE ELLINGTON__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __DEFENDANTS ARE APPEALING DISTRICT COURT'S RULING__

7. Approximate date of disposition: __MAY 2004__

ATC 1983 (Rev. 02/05)                           -2-

SANCTIONS

~~P-03-CV-087~~

P-03-CV-076
P3-CV-087
P-03-CV-081
P-03-CA-064
P-03-CV-103

SANCTIONS Date JUNE 2004. All WESTERN PECOS DIVISION CASES. THEY WERE DISMISSED BECAUSE OF THE THREE STRIKE RULE.

**II. PLACE OF PRESENT CONFINEMENT:** JAMES ALLRED UNIT

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? __X__ YES ____ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

STEP II denied July 27, 2005

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: BOBBY BROWN 1124005
2101 FM 369 N.   IOWA PARK, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: DAVID JOHNSON - CORRECTIONAL OFFICER ALLRED UNIT 2101 FM 369 N. IOWA PARK, TX 76367

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
SEE ATTACHMENT

Defendant #2: DANNY HORTON - WARDEN ALLRED UNIT 2101 FM 369 N. IOWA PARK, TX 76367

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
SEE ATTACHMENT

Defendant #3: FRANK HOPE - ACCESS TO COURTS ADMIN. P.O. BOX 99 HUNTSVILLE, TEXAS 77340

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
SEE ATTACHMENT

Defendant #4: TOMMY NORWOOD - MAJOR - ALLRED UNIT 2101 FM 369 N. IOWA PARK, TX 76367

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
SEE ATTACHMENT

Defendant #5: RICHARD WATHEN - ASSIST. WARDEN ALLRED UNIT 2101 FM 369 N. IOWA PARK, TX 76367

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
SEE ATTACHMENT

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes</u>. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.   SEE ATTACHMENT

ATC 1983 (Rev. 02/05)                         - 3 -

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.   SEE ATTACHMENT

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

BOBBY BROWN

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

156346    914095

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?

X YES ___ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): WESTERN
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? X YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

*Attachment*

Plaintiff contends that the Defendants has denied him access to the courts by denying him access to the law library to do research and properly respond to all court orders and deadlines. Plaintiff will show each Defendant's role in said deprivations of rights.

1. Deborah Ford Allred Unit law library supervisor has deliberately denied me access to the law library on some 25 times. As of Jan. 18, 2006 she has ordered West, Daniel and Johnson to deny me access to the law library period. She has banned me from the law library. I cannot come to the law library thus denying me access to the courts. Such conduct violates my 1st, 5th, 6th and 14th Amendments to the U.S. Constitution.

2. Gary West has written me false disciplinary case because I filed a grievance his boss. He refuses to lay me in to attend the law library. He refuses give me my ten hours per week law library. He says he does what his boss tells him. Regardless as to how many requests I submit to attend the law library he throws some of them away. To deny me access to the law library a minimum of ten hours a week violates TDCJ Rules and Policies on access to courts. He's violating my constitutional

RIGHTS DELIBERATELY. HIS UNLAWFUL ACTIONS HAS HAMPERED MY ACCESS TO THE COURTS AND DENYING ME MY RIGHT TO BE HEARD IN COURT AS WELL AS SEEK REDRESS FROM THE COURT.

3. LINDA K. DANIEL REFUSES TO HONOR MY REQUEST TO ATTEND THE LAW LIBRARY AND SAYS SHE DOES WHAT HER BOSS (FORD) TELLS HER TO DO AND FORD TOLD HER TO NOT LET ME COME TO THE LAW LIBRARY. SUCH ACTION IS UNLAWFUL AND DENIES ME MY GUARANTEED RIGHT TO ACCESS TO THE COURTS AND VIOLATES MY 1st 5th 6th AND 14th AMENDMENTS TO THE U.S. CONSTITUTION.

4. DAVID JOHNSON REFUSES TO HONOR MY REQUESTS FOR LAY-IN PASSES TO ATTEND THE LAW LIBRARY. HE TOO SAYS HIS BOSS (FORD) TOLD HIM NOT TO LAY ME IN TO COME TO THE LAW LIBRARY. DEFENDANT JOHNSON KNOWS THAT HE IS VIOLATING MY CONSTITUTIONAL RIGHTS BUT BECAUSE HIS BOSS (FORD) TOLD HIM TO DENY ME MY RIGHT TO ACCESS TO THE LAW LIBRARY TEN HOURS PER WEEK AND MY ACCESS TO THE COURTS HE HAS TO DENY ME.

5. DANNY HORTON IS THE WARDEN ON ALLRED UNIT AND HAS THE AUTHORITY TO STOP ANY UNCONSTITUTIONAL AND UNLAWFUL ACTIONS OF ANY OF HIS EMPLOYEES

BUT REFUSES TO SO. I HAVE WRITTEN WARDEN HORTON SEVERAL I-60's AND LETTERS TELLING HIM ABOUT FORD WES, DANIEL AND JOHNSON DENYING ME ACCESS TO THE LAW LIBRARY AND ACCESS TO THE COURTS AND HE REFUSES TO STOP THEM. ATTACHED HERETO IS SEVERAL COPIES OF LETTERS & I-60's TO HIM. ACCORDING TO AD-03.40 POLICY STATES IN PART THAT THE WARDEN AND BUILDING MAJOR SHALL BE NOTIFIED WHEN THEIR OFFICERS VIOLATES THE ACCESS TO COURTS POLICY IN ANY WAY. I did EXACTLY THAT MANY TIMES AND WARDEN HORTON REFUSES TO REPLY. BECAUSE HE WAS AWARE AND WAS GIVEN SEVERAL CHANCES TO CORRECT THE PROBLEM AND HE CHOSE NOT TO HE IS LIABLE ACCORDING TO LAW.

6. FRANK HOKE IS THE ADMINISTRATOR OF ACCESS TO COURTS IN TDCJ. I SENT HIM SEVERAL I-60's AND LETTERS COMPLAINTS EXPLAINING TO HIM THAT FORD WAS DENYING ME MY MINIMUM GUARANTEED TEN HOURS PER WEEK IN THE ALLRED UNIT LAW LIBRARY AND SUCH DENIALS WAS INTERFERING WITH MY FIVE CASES THAT'S PENDING IN COURT FOR ME. I EXPLAINED TO HIM THAT FORD HAS A RACIAL PROBLEM AND DISCRIMINATES AGAINST BLACKS ALL THE TIMES. SHE TOLD ME SHE HATES MY GUTS AND I TOLD HOKE BUT HE REFUSED TO STOP HER. HE IS HER SUPERVISOR AND HAS THE AUTHORITY TO STOP ANY AND ALL UNLAWFUL ACTIONS

by his subordinates and he chose not to. Therefore he's responsible for their unlawful continued actions.

7. Tommy Norwood is the Bldg. Major on Allred Unit and has the authority to stop any unlawful and unconstitutional actions by any employees that's a Captain and below. I sent Major Norwood several I-60's and letters telling him and making him aware of the whole situation. He chose not to stop Ford and her crew so he's just as liable according to law.

8. Richard Wathen is the Assistant Warden on Allred Unit and has authority over all employees that's a Major and below. I wrote him several I-60's explaining to him that I was being denied access to the courts by Ford and crew and he refused to stop her unlawful actions. Therefore he is equally liable.

## Relief Sought

Because defendants are violating posted laws, rules etc and is most familiar with the laws on access to courts their actions are punitive in nature and arbitrary to deliberately deprive

Plaintiff of His Guaranteed Right of Access to Courts Plaintiff Request an Injunction to Prevent and Stop the Above unlawful Actions. Plaintiff is Denied to Attend the Law Library in a Arbitrary way. Such Denial Prevents Him from Responding to any Court Orders etc Regarding the Five Pending Cases He's involved in. So Plaintiff seeks a Temporarily Injunction til a Permenant one can be issued.

Plantiff Seeks Actual Damages in the Amount of $15,000 From Each Defendant

Plaintiff Seeks Punitive Damages in the Amount of $15,000 From Each Defendant

Plaintiff is Suing Each Defendant in His/Her official and Individual Capacities

Plaintiff Demands a Trial By Jury

Plaintiff Seeks Protective Custody til a Trial is Had. Such Protective Custody Be in Federal Custody

1. Court that imposed warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning were imposed: _____

Executed on: __Feb. 1, 2006__         __Bobby Brown__
              (Date)                                (Printed Name)

                                __Bobby Brown__
                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$250** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __1st__ day of __February__, 20 __06__.
           (Day)          (Month)       (Year)

                                __Bobby Brown__
                                (Printed Name)

                                __Bobby Brown__
                                (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA DIVISION

BOBBY BROWN 1124005
    PLAINTIFF,   X       SUMMONS
                      X
V.                            C.A. NO. _____
                      X
DEBORAH FORD
GARY WEST             X
LINDA K. DANIEL
DAVID JOHNSON
DANNY HORTON
RICHARD WATHEN
TOMMY NORWOOD
FRANK HUKE
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES.
    DEFENDANTS.

TO THE ABOVE-NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON PLAINTIFF WHOSE ADDRESS IS 2101 FM 369N. IOWA PARK. TX 76367 AN ANSWER TO THE COMPLAINT WHICH HEREWITH SERVED UPON YOU WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVELY OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO JUDGMENT OF DEFAULT

WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

SERVED ON THIS ___ DAY OF _____ 2006.

SINCERELY

_____
CLERK OF COURT

FEB. 1, 2006

CLERK
U.S. DISTRICT COURT
P.O. BOX 1234
Wichita Falls, TX 76307



DEAR CLERK:

ENCLOSED PLEASE FIND THE ORIGINAL AND ONE COPY OF MY 1983 CIVIL RIGHTS COMPLAINT AND TWO SUMMONS. PLEASE FILE THESE PAPERS WITH THE COURT ASAP. UPON FILING THESE PAPERS, SEND ME THE CAUSE NUMBER SO THAT I CAN HAVE MY FAMILY TO SEND YOU THE $250 FILING FEE. THANKS.

SINCERELY,

Bobby Brown
PLAINTIFF PRO SE


Bobby Brown 1124005
Allred Unit
2101 F.M. 369 N.
Iowa Park, TX 76367

CC:

